| | |
|---|---|
| 1 | ROBERT WAGGENER - SBN - 118450 |
| 2 | 214 DUBOCE AVENUE<br>SAN FRANCISCO, CA 94103 |
|   | Phone:   (415) 431-4500 |
| 3 | Fax:     (415) 255-8631 |
|   | E-Mail:  rwlaw@mindspring.com |
| 4 | |
| 5 | Attorney for Defendant ESAU FERDINAND |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | No. CR13 0764 WHO |
| | Plaintiff, | **DEFENDANT ESAU FERDINAND'S JOINDER IN MOTIONS FILED BY CO-DEFENDANTS (Dkt. Nos. 547, 548 & 554)** |
| v. | | |
| ESAU FERDINAND, | | Date:  December 17, 2015 |
| | Defendant. | Time:  9:00 a.m. |
| | / | Crtrm.: Honorable William H. Orrick |

**TO:    THE UNITED STATES DISTRICT COURT; ASSISTANT UNITED STATES ATTORNEYS WILLIAM FRENTZEN, DAMALI TAYLOR AND SCOTT JOINER; ALL DEFENSE COUNSEL; AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Defendant Esau Ferdinand, through his attorney, Robert Waggener, joins in the following motions filed by his co-defendants:

1.   Notice of Motion and Motion for Order Requiring Disclosure of the Foundation, Bases and Reasons for Expert Opinions and for Materials Under Rule 16(a)(1)(G); Motion to Continue Filing of *Daubert* Motions and Disclosure of Defense Experts [Docket No. 547];

2.   Notice of Motion and Motion for Order Requiring Disclosure of the Foundation, Bases and Reasons for Expert Opinions and for Materials under Rule 16(a)(1)(G) [Docket No. 548]; and

**DEFENDANT ESAU FERDINAND'S JOINDER<br>IN MOTIONS FILED BY CO-DEFENDANTS<br>(Dkt. Nos. 547, 548 & 554)**

3. Defendant Reginald Elmore's Notice of Motion and Motion to Compel Pretrial Compliance with Pretrial Order Regarding Production of Unredacted Discovery [Docket No. 554].

Defendant Ferdinand relies on the authorities cited in the co-defendants' motions and adopts the memoranda of points and authorities filed therein. Mr. Ferdinand is similarly situated to the moving defendants in that he was indicted by the same grand jury and is charged in the same conspiracy.

Dated: November 10, 2015    Respectfully submitted,

/s/
ROBERT WAGGENER
Attorney for Defendant
ESAU FERDINAND