```
ROBERT WAGGENER - SBN - 118450
214 DUBOCE AVENUE
SAN FRANCISCO, CA 94103
Phone:        (415) 431-4500
Fax:          (415) 255-8631
E-Mail:       rwlaw@mindspring.com
```

Attorney for Defendant ESAU FERDINAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>v.<br><br>ESAU FERDINAND,<br><br>            Defendant.<br>_____/ | No. CR13 0764 WHO<br><br>**NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE OF DNA TESTING PERFORMED BY SEROLOGICAL RESEARCH INSTITUTE AND REQUEST FOR *DAUBERT* HEARING**<br><br>Date:     January 22, 2016<br>Time:    9:00 a.m.<br>Crtrm.:   Honorable William H. Orrick |

**TO:  THE UNITED STATES DISTRICT COURT; ASSISTANT UNITED STATES ATTORNEYS WILLIAM FRENTZEN, DAMALI TAYLOR AND SCOTT JOINER; ALL DEFENSE COUNSEL; AND TO THE CLERK OF THE COURT:**

Defendant Esau Ferdinand hereby moves to exclude evidence of the testing performed by the Serological Research Institute ("SERI") in January of 2015 on mixtures of DNA obtained from a red baseball cap and an Acura automobile. The mixtures are part of the investigation in to the Jelvon Helton homicide in November of 2010. The government provided notice that it intended to introduce evidence of the testing of these mixtures in its expert disclosure of October 21, 2015, through the testimony of Gary Harmor, Director of SERI, and Casseday Baker, Forensic Serologist 1 at SERI.

Defendant Ferdinand will move to exclude this evidence under *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 589-95 (1993), and Rule 702 of the Federal Rules of Evidence on the grounds that the test results SERI achieved from its analysis of the DNA

mixtures and the conclusions it drew from the test results are unreliable "bad science". Defendant Ferdinand requests that a *Daubert* hearing be conducted to better inform the analysis of the factual and legal issues this motion raises.

      Defendant Ferdinand has requested funding from the court for DNA analysis by recognized DNA expert, California State University East Bay Associate Professor Keith Inman. The SERI reports relating to Defendant Ferdinand discussed in this motion have been forwarded to Associate Professor Inman, but have yet to be fully analyzed with the associated raw data. For that reason, defendant requests leave to supplement this motion when Inman's analysis is completed. With the filing date for *Daubert* motions set by the Court for today, Defendant Ferdinand brings this preliminary motion to exclude DNA evidence and to request a *Daubert* hearing to avoid a claim of waiver or undue delay. In the meantime, Defendant Ferdinand joins in, and incorporates by reference the arguments and academic references in Defendant Gordon's just filed DEFENDANT ADRIAN GORDON'S MOTION TO EXCLUDE DNA TEST RESULTS AND REQUEST FOR *DAUBERT* HEARING (Dkt. No. 639). The issues attendant to Defendant Gordon's motion involve the very same kind of suspect low copy number (LCN) mixture DNA analysis involved in the SERI analysis addressed by this motion.

      The motion is based on the United Constitution, the Federal Rules of Criminal Procedure, this notice of motion and motion, the Memorandum of Points and Authorities attached hereto, and the records, files, and pleadings in this of this case, particularly those relating to the DNA testing and analysis conducted as part of the investigation in this case.

Dated: December 1, 2015            /s/
                                         ROBERT WAGGENER
                                         Attorney for Defendant
                                         ESAU FERDINAND