ROBERT WAGGENER - SBN - 118450
214 DUBOCE AVENUE
SAN FRANCISCO, CA 94103
Phone:        (415) 431-4500
Fax:          (415) 255-8631
E-Mail:       rwlaw@mindspring.com

Attorney for Defendant ESAU FERDINAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR13 0764 WHO |
| Plaintiff, | **DEFENDANT FERDINAND'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO EXCLUDE DNA EVIDENCE [ECF NOS. 648,749]** |
| v. | |
| ESAU FERDINAND, | Date: January 22, 2016 |
| Defendant. | Time: 9:00 a.m. |
| / | Crtrm.: Honorable William H. Orrick |

Defendant Ferdinand hereby replies to the Government's Opposition to Defendant Ferdinand's Motion to Exclude DNA Evidence. (Dkt. No. 749) [hereinafter Opposition] Defendant Ferdinand's investigation of the SERI laboratory DNA testing is ongoing and more time will be necessary to acquire additional documentation and background materials in order to effectively litigate the *Daubert* issues as to the DNA evidence. Counsel is working with other defense counsel, particularly counsel for defendant Charles Heard, to investigate issues regarding the SERI laboratory because of our shared interest in the laboratory and their testing methods, protocols, validations, personnel, and history. Counsel for defendant Heard has made specific requests from the government for documents and information, and now we are in the process of jointly requesting the issuance of a subpoena *duces tecum* for materials from the SERI laboratory. Expert Keith Inman has been appointed by the court to assist in the DNA investigation for Mr. Ferdinand. Raw data from the government's 2015 testing by SERI has been forwarded to Mr.

Inman and acquiring the additional information and documentation will be necessary before he can complete his analysis.

In light of the above, counsel for Mr. Ferdinand is currently unable to provide a substantive reply in support of his DNA/*Daubert* motion and he will not be able to do so until he obtains the necessary documentation and information, analyzes it, and submits further briefing. In light of the Court's recent indications regarding timing and rescheduling of the case, further time seems feasible in order to enable the parties and the Court to appropriately address the DNA/*Daubert* issues, and counsel requests that the Court permit counsel to undertake the necessary work.

Dated: January 10, 2016                    Respectfully submitted,


                                                     /s/
                                        ROBERT WAGGENER
                                        Attorney for Defendant
                                        ESAU FERDINAND