UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| USA, | Case No. 13-cr-00764-WHO-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING STATUS CONFERENCE ON FEB. 27, 2017** |
| ALFONZO WILLIAMS, | |
| Defendant. | |

The parties are directed to file a Joint Status Report on February 22, 2017 identifying any issues they wish to discuss at the hearing on February 27, 2017. The Court is interested in setting dates at the earliest possible time for those matters that need to be addressed prior to trial, such as the DNA *Daubert* hearing, in the event the case is not resolved. The parties shall identify those matters and propose dates in the Joint Status Report.

**IT IS SO ORDERED.**

Dated: February 6, 2017



William H. Orrick
United States District Judge