BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
DAMALI TAYLOR (CABN 262489)
SCOTT D. JOINER (CABN 223313)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    william.frentzen@usdoj.gov
    damali.taylor@usdoj.gov
    scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>ALFONZO WILLIAMS, ET AL.<br><br>      Defendants. | CASE NO. CR 13-00764 WHO<br><br>UNITED STATES' NOTICE REGARDING JAILHOUSE RECORDINGS |

| | |
|---|---|
| 1 | Pursuant to the Court's Order dated February 7, 2017 (ECF No. 1118), the government hereby |
| 2 | provides notice that it intends to use the jailhouse recordings listed in the log attached hereto as Exhibit |
| 3 | A during its case-in-chief. An unredacted copy of Exhibit A will be provided to the defense |
| 4 | contemporaneously with this filing. The government reserves the right to supplement Exhibit A in the |
| 5 | event that additional recordings become necessary for trial.[1] |

DATED: February 21, 2017                    Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney


                                            _____/s/_____
                                            SCOTT D. JOINER
                                            WILLIAM FRENTZEN
                                            DAMALI TAYLOR
                                            Assistant United States Attorneys

---

[1] The government notes that, with the agreement of defense counsel for Mr. Williams, it had previously ceased its review of jail calls (and its corresponding meet-and-confer efforts to narrow the jail calls to be used at trial) so that the parties could focus their efforts on reaching a global resolution. It revisited its review in light of the Court's Order. The government's review is now largely complete and the attached log of recordings represents the government's good-faith effort to comply with the Court's Order. However, there remains the possibility that in the process of finishing its review of all jail calls, the government will uncover additional materials to be used at trial. The government does not anticipate that any additional recordings it discovers will materially increase the number of recordings to be used at trial. To the extent such recordings are identified during the remaining review, the government will provide prompt notice to the defense.

UNITED STATES' NOTICE REGARDING JAILHOUSE RECORDINGS
CR 13-00764 WHO

# EXHIBIT A

| Bates | File Name | Date | Start Time | Duration | Inmate Name | Dialed Number | Called Parties |
|---|---|---|---|---|---|---|---|
| BG007645 (CD 11) | 3j8tib9L.v11 | 11/9/2011 | 20:39:54 | 00:15:00 | Adrian Gordon | | |
| BG007642 (CD 11) | 4fb9kb5L.v11 | 11/5/2011 | 21:16:29 | 00:15:00 | Adrian Gordon | | |
| BG007657 (CD 11) | 5edc2b5L.v11 | 11/5/2011 | 16:29:50 | 00:15:00 | Adrian Gordon | | |
| BG075356 | 1vm6s7sL.v12 | 7/28/2012 | 17:37:27 | 00:14:22 | Alfonzo Williams | | |
| BG075356 | 2eai78sL.v12 | 8/28/2012 | 17:41:34 | 00:15:00 | Alfonzo Williams | | |
| BG075356 | 5awd17dL.v12 | 7/13/2012 | 11:59:12 | 00:14:58 | Alfonzo Williams | | |
| BG075356 | 5cxkp8sL.v12 | 8/28/2012 | 17:59:38 | 00:06:01 | Alfonzo Williams | | |
| BG075356 | 9dtq98vL.v12 | 8/31/2012 | 19:07:02 | 00:14:29 | Alfonzo Williams | | |
| BG075356 | 49cax7aL.v12 | 7/10/2012 | 17:41:16 | 00:15:00 | Alfonzo Williams | | |
| BG075356 | 66yb37aL.v12 | 7/10/2012 | 13:01:30 | 00:15:00 | Alfonzo Williams | | |
| BG075356 | ctqhj76L.v12 | 7/6/2012 | 9:54:17 | 00:15:00 | Alfonzo Williams | | |
| BG075356 | 9io93c9L.v12 | 12/9/2012 | 9:24:00 | 00:15:00 | Alfonzo Williams | | |
| BG075356 | 10lmz9gL.v12 | 9/16/2012 | 9:23:22 | 00:15:00 | Alfonzo Williams | | |
| 2-ZSFDAS5140-1340 | 1248742379_200.wav | 7/27/2009 | 17:52:00 | 00:16:45 | Charles Heard | | |
| BG006465-6871 (CD 2) | 1a9q6asL.v11 | 10/28/2011 | 9:51:09 | 00:02:31 | Esau Ferdinand | | |
| BG006465-6871 (CD 2) | 476k1atL.v11 | 10/29/2011 | 21:31:01 | 00:14:17 | Esau Ferdinand | | |
| BG006465-6871 (CD 2) | 738tdaqL.v11 | 10/26/2011 | 19:30:19 | 00:07:36 | Esau Ferdinand | | |
| BG006465-6871 (CD 2) | a3enrarL.v11 | 10/27/2011 | 10:18:53 | 00:03:40 | Esau Ferdinand | | |
| BG006465-6871 (CD 2) | a5q51atL.v11 | 10/29/2011 | 10:46:21 | 00:03:40 | Esau Ferdinand | | |
| BG006465-6871 (CD 2) | bvhtrarL.v11 | 10/27/2011 | 18:41:35 | 00:07:50 | Esau Ferdinand | | |
| BG068264 | AJ1U10S7.v11 | 10/19/2011 | 19:56:19 | 00:25:17 | Gregory Walker | | |
| BG068264 | AK1U10SH.v11 | 10/20/2011 | 19:10:25 | 00:19:33 | Gregory Walker | | |
| BG078861-01 | 1389853168_199.wav | 1/15/2014 | 22:19:00 | 00:14:17 | Jaquain Young | | |
| BG078861-01 | 1389854233_199.wav | 1/15/2014 | 22:37:00 | 00:06:30 | Jaquain Young | | |
| BG078861-01 | 1389934191_199.wav | 1/16/2014 | 20:49:00 | 00:14:47 | Jaquain Young | | |
| BG078861-01 | 1389935207_199.wav | 1/16/2014 | 21:06:00 | 00:14:23 | Jaquain Young | | |
| JY000134 | 3hkk23bL.v13 | 3/11/2013 | 21:41:22 | 00:15:00 | Jaquain Young | | |

# EXHIBIT A

| Bates | File Name | Date | Start Time | Duration | Inmate Name | Dialed Number | Called Parties |
|---|---|---|---|---|---|---|---|
| JY000134 | 2idcw3cL.v13 | 3/12/2013 | 8:12:18 | 00:14:08 | Jaquain Young | | |
| FBI-CD-09 | 1364090983_229.wav | 3/23/2013 | 19:09:00 | 00:48:39 | Jaquain Young | | |
| BG007306-7424 (CD 4) | 1264211990_177.wav | 1/22/2010 | 17:59:00 | 00:15:45 | Monzell Harding | | |
| BG007306-7424 (CD 4) | 1264213959_177.wav | 1/22/2010 | 18:32:00 | 00:16:07 | Monzell Harding | | |
| BG007306-7424 (CD 4) | 1264218736_177.wav | 1/22/2010 | 19:52:00 | 00:09:04 | Monzell Harding | | |
| BG007306-7424 (CD 4) | 1264220284_177.wav | 1/22/2010 | 20:18:00 | 00:15:57 | Monzell Harding | | |
| 34-cd-03 | 1pfj8baL.v11 | 11/10/2011 | 12:39:04 | 00:04:16 | Monzell Harding | | |
| 34-cd-03 | 5jvbabaL.v11 | 11/10/2011 | 13:39:13 | 00:02:49 | Monzell Harding | | |
| 34-cd-03 | 5jx2mbaL.v11 | 11/10/2011 | 14:16:48 | 00:13:11 | Monzell Harding | | |