BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SCOTT D. JOINER (CABN 223313)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-6753
william.frentzen@usdoj.gov
scott.joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALFONZO WILLIAMS, ET AL., <br><br> Defendants. | CASE NO. CR 13-00764 WHO <br><br> DECLARATION OF SCOTT D. JOINER IN SUPPORT OF UNITED STATES' SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTIONS TO SUPPRESS BOOKING STATEMENTS (ECF NOS. 480, 488, 573, 589, 621); REQUEST FOR SEALING <br><br> **EXHIBITS UNDER SEAL** |

**DECLARATION AND REQUEST FOR SEALING**

I, Scott D. Joiner, declare and state as follows:

    1.    I am an Assistant United States Attorney in the Northern District of California. I am currently assigned to the Organized Crime Strike Force unit of the Criminal Division. I am one of the attorneys assigned to the prosecution of the above-captioned matter.

    2.    Attached to this declaration as Exhibit A is a true and correct copy of the October 7, 2009

JOINER DECL.
CR 13-00764 WHO

1  San Francisco Sheriff's Threat Group/Information Report and Intake Screening/Classification Form for
2  Monzell Harding, previously produced to the defense at Bates BG066922 and BG066924-925. The
3  government requests that this exhibit be filed under seal and submits that the sealing is appropriate
4  because the documents were produced subject to the Heightened Protective Order in this case.
5        3.      Attached to this declaration as Exhibit B are true and correct redacted copies of San
6  Francisco Police Department Incident Report No. 090026323, related chronological of investigation,
7  San Francisco Sheriff's Threat Group/Information Report and Class Interview Questionnaire for
8  Monzell Harding dated August 27, 2013.  With the exception of the chronological of investigation
9  (which was recently obtained by the government and is being produced concurrently subject to the
10 Heightened Protective Order), these documents were previously produced to the defense at Bates ranges
11 BG066920, BG066926-927, BG089898-913. The government requests that this exhibit be filed under
12 seal and submits that the sealing is appropriate because the documents were produced subject to the
13 Heightened Protective Order in this case.

15       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of
16 May, 2017, in San Francisco, California.

                                                                       Respectfully submitted,

                                                                         /s/
                                                            SCOTT D. JOINER
                                                            Assistant United States Attorney

JOINER DECL.
CR 13-00764 WHO

# EXHIBIT A

## UNDER SEAL

# EXHIBIT B

## UNDER SEAL