UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFONZO WILLIAMS,<br>Defendant. | Case No. 13-cr-00764-WHO-1<br><br>**PROPOSED JURY INSTRUCTION** |
|---|---|

I would like to hear any suggested edits or objections to the proposed instruction below on Monday, November 27, 2017 after the trial day:

During the course of the trial, you have heard and will hear evidence of different trials and convictions in state court. Those convictions do not establish any element of the racketeering conspiracy alleged by the government. The government must offer additional evidence to corroborate that those crimes were part of a racketeering conspiracy as opposed to separate crimes. By the same token, the charging decisions of the state prosecutors that led to those trials and convictions are irrelevant to guilt or innocence in this federal case. Along the same lines, what the jury instructions in those cases were, who said what in closing, or what happened while the jury deliberated will not be part of the evidence in this case.

A guilty plea is an admission of guilt by the defendant to the offense to which the defendant pleads guilty.

Dated: November 21, 2017



William H. Orrick
United States District Judge